```
 1  JOSHUA E. KIRSCH (179110)
    jkirsch@gibsonrobb.com
 2  JENNIFER T. SANCHEZ (191548)
    jsanchez@gibsonrobb.com
 3  MARISA G. HUBER (254171)
    mhuber@gibsonrobb.com
 4  GIBSON ROBB & LINDH LLP
    201 Mission Street, Suite 2700
 5  San Francisco, California 94105
    Telephone:   (415) 348-6000
 6  Facsimile:   (415) 348-6001

 7  Attorneys for Plaintiffs
    LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC.
 8
```

**FILED**

JAN 30 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

**SC**

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> M/V STADT FREIBURG, its engines, tackle and apparel, *in rem*; STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, *in personam*; EVERGREEN MARINE CORP., *in personam*; and HANJIN SHIPPING CO., LTD., *in personam*, <br><br> Defendants. | Case No. **CV 14 0447** <br><br> **WARRANT FOR ARREST *IN REM*** |

TO THE UNITED STATES MARSHAL

FOR THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

The complaint in the above-styled *in rem* proceeding was filed in this Court on January 30, 2014.

In accordance with FRCP Supplemental Rule C, you are directed both to arrest the defendant vessel, the *M/V STADT FREIBURG*, her tackle, apparel, furniture, engines and appurtenances, should you find her within this district, and to detain her in your custody pending further order of the court.

WARRANT FOR ARREST *IN REM*, L.A.R. C2(a)
Case No. _____; Our File No. 5475.56

1  You must also give notice of the arrest to all persons upon whom notice is required by
2  FRCP Supplemental Rule C(4), as designated below by the Plaintiffs and the practices of your
3  office.

WITNESS THE HONORABLE
Judge of said Court,
in said District, this 30 day of January, 2014.

*Samuel Conti*

BY: [signature]

Deputy Clerk   ALFRED AMISTOSO

NOTE: This process is issued pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

---

WARRANT FOR ARREST *IN REM*, L.A.R. C2(a)
Case No. _____ ; Our File No. 5475.56

- 2 -