```
 1  MICHAEL L. SWAIN (133260)
    ROSS I. LANDAU (259260)
 2  SWAIN & DIPOLITO LLP
    555 East Ocean Boulevard, Suite 600
 3  Long Beach, California 90802
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835
    E-mail: mswain@swaindipolito.com
 5          rlandau@swaindipolito.com

 6  Attorneys for Defendant,
    HANJIN SHIPPING CO., LTD.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> M/V STADT FREIBURG, its engines, tackle and apparel, *in rem*; STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, *in personam*; EVERGREEN MARINE CORP., *in personam*; and HANJIN SHIPPING CO., LTD., *in personam*, <br><br> Defendants. | <u>IN ADMIRALTY</u> <br><br> Case No. CV 14-0447 SC <br><br> Honorable Samuel Conti <br><br> [~~PROPOSED~~] ORDER TRANSFERRING ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA <br><br> [28 U.S.C. §1404(a)] |

Having reviewed the parties' STIPULATION FOR TRANSFER OF ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA pursuant to 28 U.S.C. §1404(a), and good cause appearing therefor:

///

///

///

[Proposed] Order Transferring Action to the Central District of California

1 |     IT IS ORDERED that the above-entitled action be and is
2 | hereby transferred in its entirety from this Court to the United
3 | States District Court for the Central District of California.

6 | DATED: 04/02/2014

*/s/ Samuel Conti*
HON. SAMUEL CONTI
U.S. DISTRICT COURT JUDGE