JOHN C. COX, CASB No. 197687
john.cox@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
CHRISTOPHER R. FARNSWORTH, CASB No. 286992
christopher.farnsworth@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:    (562) 436-2000
Facsimile:     (562) 436-7416

Attorneys for Defendant
M/V STADT FREIBURG and Defendant and
Cross-Defendant MS STADT FREIBURG T&H
SCHIFFAHRTS GMBH & CO KG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC., <br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>M/V STADT FREIBURG, its engines, tackle and apparel, in rem; MS STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, in personam; HANJIN SHIPPING CO., LTD., in personam; EVERGREEN MARINE CORP., in personam; GREENCOMPASS MARINE S.A., in personam; EVERGREEN LINE JOINT SERVICE AGREEMENT, in personam; and EVERGREEN MARINE CORPORATION (TAIWAN) LTD., in personam; and DOES 1 to 20 inclusive, in personam,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-02559-SJO-AS<br><br>**IN ADMIRALTY**<br><br>**STIPULATION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE AND FOR DISMISSAL OF FIRST AMENDED CROSS-CLAIM WITHOUT PREJUDICE** |

| | |
|---|---|
| HANJIN SHIPPING CO., LTD., | ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) |
| MS STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, *in personam*; GREENCOMPASS MARINE S.A., *in personam*, EVERGREEN LINE JOINT SERVICE AGREEMENT, *in personam*; and EVERGREEN MARINE CORPORATION (TAIWAN) LTD., *in personam*; | ) ) ) ) ) ) ) ) ) ) |
| Cross-Defendants. | ) ) ) |

WHEREAS, on January 30, 2014, a Complaint was filed by Plaintiffs LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC. (collectively "LG") in the United States District Court for the Northern District of California, Case No. 2:14-CV-2559-SJO(ASx) , entitled *LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC. v. M/V STADT FREIBURG, its engines, tackle and apparel, in rem; MS STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, in personam* (collectively "Owners")*; HANJIN SHIPPING CO., LTD., in personam* ("Hanjin")*; EVERGREEN MARINE CORP., in personam;* which was subsequently transferred to the United States District Court for the Central District of California, (hereinafter referred to as the "Action");

WHEREAS, on April 14, 2014 Hanjin filed a Cross-Claim against Owners and Greencompass Marine S.A. in the Action (the "Cross-Claim").

WHEREAS, on June 6, 2014, LG filed a First Amended Complaint adding GREENCOMPASS MARINE S.A., in personam; EVERGREEN LINE JOINT SERVICE AGREEMENT, in personam; and EVERGREEN MARINE CORPORATION (TAIWAN) LTD., in personam; and DOES 1 to 20 inclusive, in personam, as defendants to the Action (collectively "the Defendants"). The Defendants filed responses to LG's First Amended Complaint.

1  WHEREAS, on July 1, 2014, Hanjin filed a First Amended Cross-Claim adding EVERGREEN LINE JOINT SERVICE AGREEMENT, in personam; and EVERGREEN MARINE CORPORATION (TAIWAN) LTD., in personam; and DOES 1 to 20 inclusive, in personam, as cross-defendants to the Cross-Claim (collectively "the Cross-Defendants").

WHEREAS, LG and all the Defendants have now settled the Action and, as such, LG wishes to now dismiss its First Amended Complaint with prejudice, in its entirety, and Hanjin wishes to now dismiss its First Amended Cross-Claim without prejudice, in its entirety.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. LG dismisses its First Amended Complaint in this Action in its entirety, with prejudice, against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Hanjin dismisses its First Amended Cross-Claim in this Action in its entirety, without prejudice, against all Cross-Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c).

3. Each party is to bear its own attorneys' fees and costs of this Action.

**IT IS SO STIPULATED.**

DATED:  December 30, 2014        /s/ JAMES A. MARISSEN _____
JOHN C. COX
JAMES A. MARISSEN
CHRISTOPHER R. FARNSWORTH,
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
M/V STADT FREIBURG and Defendant and Cross-Defendant MS STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG

| | |
|---|---|
| DATED: December 30, 2014 | /s/ JENNIFER T. SANCHEZU_____<br>JOSHUA E. KIRSCH<br>JENNIFER T. SANCHEZ,<br>GIBSON ROBB & LINDH<br>Attorneys for Plaintiffs<br>LG ELECTRONICS, U.S.A., INC. and LG ELECTRONICS, INC. |
| DATED: December 30, 2014 | /s/ ALAN NAKAZAWA _____<br>ALAN NAKAZAWA<br>DENA S. AGHABEG,<br>COGSWELL NAKAZAWA & CHANG LLP<br>Attorneys for Defendants and Cross-Defendants<br>GREENCOMPASS MARINE S.A., EVERGREEN LINE JOINT SERVICE AGREEMENT, and EVERGREEN MARINE CORPORATION (TAIWAN) LTD. |
| DATED: DECEMBER 30, 2014 | /S/ MICHAEL L. SWAIN_____<br>MICHAEL L. SWAIN<br>ROSS I. LANDAU,<br>SWAIN & DIPOLITO LLP<br>Attorneys for Defendant and Cross-Claimant<br>HANJIN SHIPPING CO., LTD. |