JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> M/V STADT FREIBURG, its engines, tackle and apparel, in rem; MS STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, in personam; HANJIN SHIPPING CO., LTD., in personam; EVERGREEN MARINE CORP., in personam; GREENCOMPASS MARINE S.A., in personam; EVERGREEN LINE JOINT SERVICE AGREEMENT, in personam; and EVERGREEN MARINE CORPORATION (TAIWAN) LTD., in personam; and DOES 1 to 20 inclusive, in personam, <br><br> Defendants. | Case No. 2:14-cv-02559-SJO-AS <br><br> **IN ADMIRALTY** <br><br> **ORDER RE: STIPULATION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE AND FOR DISMISSAL OF FIRST AMENDED CROSS-CLAIM WITHOUT PREJUDICE** |

| | |
|---|---|
| HANJIN SHIPPING CO., LTD., | ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) |
| MS STADT FREIBURG T&H SCHIFFAHRTS GMBH & CO KG, *in personam*; GREENCOMPASS MARINE S.A., *in personam*, EVERGREEN LINE JOINT SERVICE AGREEMENT, *in personam*; and EVERGREEN MARINE CORPORATION (TAIWAN) LTD., *in personam*; | ) ) ) ) ) ) ) ) ) |
| Cross-Defendants. | ) ) ) |

# **ORDER**

Pursuant to the Stipulation filed by the Parties, **IT IS HEREBY ORDERED** that:

1) All claims asserted by Plaintiffs LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS, INC. in their First Amended Complaint in the above-captioned case against all named Defendants are hereby dismissed, with prejudice;

2) All claims asserted by HANJIN SHIPPING CO. LTD. in its First Amended Cross-Claim against all named Cross-Defendants are hereby dismissed, without prejudice; and

///
///
///
///
///
///

- 1 -

KYL_LB1792302

3) Each party is to bear its own attorneys' fees and costs of this Action.

*S. James Otero*
_____
U.S. DISTRICT COURT JUDGE

DATED: 1/7/15

Submitted by:

JOHN C. COX, CASB No. 197687
john.cox@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
CHRISTOPHER R. FARNSWORTH, CASB No. 286992
christopher.farnsworth@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Defendant
M/V STADT FREIBURG and Defendant and
Cross-Defendant MS STADT FREIBURG T&H
SCHIFFAHRTS GMBH & CO KG